# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-1257

_____

CREATIVE HAIRDRESSERS, INC.
d/b/a HAIR CUTTERY and
MARENGLENA ELMASLLARI,

     Petitioners,

     v.

DALIA FAKHOURI and SALEM
FAKHOURI,

     Respondents.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

October 21, 2019

PER CURIAM.

     DISMISSED.

MAKAR, JAY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Michael R. D'Lugo of Wicker, Smith, O'Hara, McCoy & Ford, P.A., Orlando, for Petitioners.

Bryan S. Gowdy, E. Aaron Sprague, and Daniel Mahfood of Creed & Gowdy, P.A., Jacksonville; Joshua A. Woolsey of Woolsey Morcom, PLLC, Ponte Vedra; for Respondents.